## BIHLMIRE v. LAKE TOWNSHIP

ZONING—VIOLATION OF ZONING ORDINANCE—NUISANCE—EQUITY—IN-JUNCTIVE RELIEF.

> Operation of a trailer park in violation of a township zoning ordinance constitutes a nuisance *per se* which may be enjoined in an action by the township (CL 1948, § 125.294).

Appeal from Berrien, Karl F. Zick, J. Submitted Division 3 March 4, 1969, at Grand Rapids. (Docket No. 3,665.) Decided March 27, 1969.

Complaint by William D. Bihlmire against Lake Township, the Lake Township board, the Lake Township zoning board, and the Lake Township board of zoning appeals for an injunction barring defendants' interference with plaintiff's operation of a trailer park. Defendants counterclaim for an injunction against the operation of the trailer park. Injunction granted to defendants. Plaintiff appeals. Affirmed.

REFERENCES FOR POINTS IN HEADNOTE

39 Am Jur, Nuisance § 115; 58 Am Jur, Zoning §§ 63, 188–190.

Maintenance or regulation by public authorities of tourist or trailer camps, motor courts, or motels. 22 ALR2d 774.

Tourist or trailer camp, motor court or motel as nuisance. 24 ALR 2d 571.

Use of trailer or similar structure for residence purposes as within limitation of restrictive covenant, zoning provision, or building regulation. 96 ALR2d 232.

*Ryan, McQuillan & Vander Ploeg (Tat Parish,*
of counsel), for plaintiff.

*Killian, Spelman & Taglia,* for defendants.

BEFORE: QUINN, P. J., and HOLBROOK and T.
M. BURNS, JJ.

PER CURIAM. The trial court granted defendants
an injunctive judgment on their counterclaim and
plaintiff appeals on the sole ground that defendants
lacked standing to seek the relief granted.

The trial court found that plaintiff's operation
of a trailer park violated the township zoning ordi-
nance and this finding is not appealed. Such oper-
ation constitutes a nuisance *per se.* CL 1948,
§ 125.294 (Stat Ann 1958 Rev § 5.2963[24]). Such
a nuisance may be enjoined at the suit of a town-
ship. *Fredal* v. *Forster* (1967), 9 Mich App 215.

Affirmed with costs to defendants.